[No. 5115–1. Division One. May 15, 1978.]

VICKIE LEE BROCKEY, *Appellant*, v. GREG WAYNE
FETCH, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 807746, Frank D. Howard, J., entered October
5, 1976. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Farris, C.J., and Ringold, J.


[No. 5191–1. Division One. May 15, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE
JAMES HOLBERT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 78132, Jerome M. Johnson, J., entered
November 4, 1976. *Affirmed* by unpublished opinion per
James, J., concurred in by Farris, C.J., and Ringold, J.


[No. 5344–1. Division One. May 15, 1978.]

*In the Matter of the Welfare of*
SHELLEY M. BRUX, ET AL.

Appeal from a judgment of the Superior Court for King
County, Nos. J–75416, J–75417, Francis E. Holman, J.,
entered January 7, 1977. *Affirmed* by unpublished opinion
per Andersen, J., concurred in by James and Ringold, JJ.